**\*\* E-filed June 12, 2012 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL C. BOND and TRINI C. BOND,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION; WELLS FARGO BANK, N.A. aka WACHOVIA MORTGAGE; LSI TITLE COMPANY; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:12-cv-01523 HRL<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Howard R. Lloyd<br><br>[~~PROPOSED~~] ORDER DISTRIBUTING BOND TO DEFENDANT WELLS FARGO BANK, N.A.<br><br>Date:　May 15, 2012<br>Time:　10:00 a.m.<br>Ctrm:　2<br><br>Complaint Filed:　March 7, 2012<br>Trial Date:　　　Not yet set |

　　　On April 16, 2012, this Court entered a stipulated Order (Dkt. No. 7, the "Order") which required Plaintiffs Randall Bond and Trini Bond ("Plaintiffs'") to post a bond in the amount of $3,000.00. The Order further provides that "these funds shall be distributed to [Defendant Wells Fargo Bank, N.A.]: (a) upon denial of Plaintiffs' Motion for a Preliminary Injunction…" On April 17, 2012, Plaintiffs posted the required bond. (*See* Docket entry dated 4/17/2012.)

1     This Court having denied Plaintiffs' Motion for a Preliminary Injunction on May 15,
2 2012, IT IS HEREBY ORDERED that the $3,000.00 bond posted by Plaintiffs on April
3 17, 2012 be distributed to Defendant Wells Fargo Bank, N.A. and/or its counsel of record
4 immediately.

5     IT IS SO ORDERED.

7 Dated:   June 12, 2012

                                United States Magistrate Judge
                                Howard R. Lloyd