\*\* E-filed August 7, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDALL C. BOND; ET AL.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>CAL-WESTERN RECONVEYANCE<br>CORP.; ET AL.,<br><br>　　　　Defendants.<br>　 _____/ | No. C12-01523 HRL<br><br>**JUDGMENT OF DISMISSAL** |

The Court having granted Defendant Wells Fargo's motion for entry of judgment of dismissal due to plaintiff's failure to prosecute this action, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1 **C12-01523 HRL Notice will be electronically mailed to:**

2  John Fennacy          johnfennacy@att.net
   Anton Hasenkampf      ahasenkampf@allenmatkins.com
3  Keith Yandell         kyandell@allenmatkins.com
   Marshall Wallace      mwallace@allenmatkins.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**