NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDALL C. BOND; ET AL., | No. C12-01523 HRL |
| Plaintiffs, | **JUDGMENT OF DISMISSAL** |
| v. | |
| CAL-WESTERN RECONVEYANCE CORP.; ET AL., | |
| Defendants. | |

The Court having granted Defendant Wells Fargo's motion for entry of judgment of dismissal due to plaintiff's failure to prosecute this action, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01523 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| John Fennacy | johnfennacy@att.net |
| Anton Hasenkampf | ahasenkampf@allenmatkins.com |
| Keith Yandell | kyandell@allenmatkins.com |
| Marshall Wallace | mwallace@allenmatkins.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**